IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE TUNSTALL, JR.,

    Petitioner,                               No. 2:11-cv-1816 KJM KJN P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.                         <u>ORDER</u>

/

          On August 30, 2011, petitioner filed a letter to the Clerk of Court, containing the instant case number and the case number for 2:11-cv-1730 WBS DAD P.  Petitioner appears confused as to in which case he needs an extension of time, and states that all of his legal materials were taken from him.  On July 27, 2011, this court issued findings and recommendations recommending that the application for writ of habeas corpus be dismissed based on petitioner's failure to exhaust state remedies.  Petitioner's objections were due twenty-one days thereafter.  No objections have been filed.  Accordingly, the court construes petitioner's August 30, 2011 filing as a request for extension of time to file objections.  Good cause appearing, IT IS HEREBY ORDERED that:

////

1

1. Petitioner's August 30, 2011 request for extension of time (dkt. no. 8) is granted;

2. Petitioner shall file objections to the July 27, 2011 findings and recommendations within thirty days from the date of this order; and

3. The Clerk of the Court is directed to re-serve a copy of the July 27, 2011 findings and recommendations on petitioner at his address of record.

DATED: September 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cw; tuns1816.111